1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  MHUTCHINS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff JOSHUA DAY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA DAY, an individual | Case No.: 2:11-cv-00090-KJM -CMK |
| Plaintiff, | |
| vs. | **ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE** |
| ANYTIME FITNESS, LLC, A MINNESOTA LIMITED LIABILITY COMPANY;  MICHAEL HATAWAY, AN INDIVIDUAL; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

-1-